452

No. 12–0451/AF. U.S. v. Pablo P. Irizarry. CCA 37748. Motion filed by Robert D. Gifford II, Esq., to file a corrected brief granted.

No. 13–0091/AR. U.S. v. Alexander Loya. CCA 20090770. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 19, 2012.